AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2026

SEAN F. McAVOY, CLERK

L
E'TAXIONE NFN, an individual and
LE'TAXIONE NFN, on behalf of M.S., a minor
*Plaintiff*
v.
KATIE CHRISTOPHERSON, individually and in her official capacity acting under color of State law; TAYLOR HENNESSEY, individually and in his official capacity acting under color of State law; and DAWN VIDONI, individually and in her official capacity acting under color of State law,
*Defendants*

Civil Action No. 2:25-CV-00452-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus post judgment interest at the rate of ________ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

☑ other: Defendants' Motion to Dismiss Complaint, ECF No. 37, is GRANTED. Plaintiffs' Motion for Partial Summary Judgment, ECF No. 30, is DENIED as moot.
Judgment in favor of Defendants.

This action was *(check one)*:

❒ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ________ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE

Date: 11/16/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*